UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON T. HUNTER,                    )
                                    )
      Plaintiff,            )
                                    )   Case: 1:16-cv-00785
    v.                            )   Assigned To : Unassigned
                                    )   Assign. Date : 4/27/2016
JUDGE ANGELA COWDEN, *et al.*,      )   Description: Pro Se Gen. Civ.
                                    )
      Defendants.           )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and his *pro se* civil complaint. The application will be granted, and the complaint will be dismissed without prejudice.

It appears that a Florida court has ordered plaintiff to pay child support for his minor son, notwithstanding his status as a non-custodial parent, *see generally* Compl. at 3-5 (page numbers designated by the Court), who has "no visitation right[s], decision making authority, or any rights . . . as the natural and biological father," *id*. at 6. He brings this action for "the restoration of [his] reputation, parental rights, [and] relief from any arrears . . . ordered by the judge and/or enforced by the Florida Department of Revenue (Child Support Enforcement Division)," among other relief. *Id*.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). The complaint does not articulate a claim arising under the United States Constitution or federal law. And even though

plaintiff demands damages in excess of $75,000, because all the parties appear to reside and conduct business in Florida, plaintiff does not demonstrate diversity of citizenship.

Accordingly, the complaint will be dismissed for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 4/21/2016

_____
United States District Judge